40 So.2d 741

### Clyde WOODARD v. STATE.

### 8 Div. 515.

Supreme Court of Alabama.
May 26, 1949.

Jas. E. Smith, Jr., and Jas. H. Tompkins, of Tuscumbia, for petitioner.

A. A. Carmichael, Atty. Gen., and Thos. F. Parker, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Clyde Woodard for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Woodard v. State, 40 So.2d 737.

Writ denied.

BROWN, FOSTER, and LAWSON, JJ., concur.